# State of New York
## Supreme Court, Appellate Division
### Third Judicial Department

Decided and Entered:  August 11, 2016                    D-46-16
_____

In the Matter of ATTORNEYS IN
   VIOLATION OF JUDICIARY LAW
   § 468-a.

| | |
|---|---|
| COMMITTEE ON PROFESSIONAL<br>   STANDARDS,<br>                    Petitioner; | MEMORANDUM AND ORDER<br>ON MOTION |

QUIN HARRY MARTIN,
                 Respondent.

(Attorney Registration No. 2964047)
_____


Calendar Date:  March 7, 2016

Before:  Lahtinen, J.P., McCarthy, Rose, Lynch and Mulvey, JJ.

_____


    Monica A. Duffy, Committee on Professional Standards, Albany, for petitioner.

    Quin Harry Martin, Hampton, New Jersey, respondent pro se.

_____


Per Curiam.

    Respondent, who was admitted to practice by this Court in 1999, was suspended by this Court's order dated January 30, 2014 for failure to comply with the attorney registration requirements of Judiciary Law § 468-a (113 AD3d 1020 [2014]).

    Respondent now requests reinstatement on the ground that he has complied with the attorney registration requirements of Judiciary Law § 468-a and the Rules of the Chief Administrator of

the Courts (see 22 NYCRR part 118).  Petitioner does not object to respondent's application.

Respondent's application is granted and he is ordered reinstated, effective immediately.

Lahtinen, J.P., McCarthy, Rose, Lynch and Mulvey, JJ., concur.

ORDERED that respondent's application is granted; and it is further

ORDERED that respondent is reinstated as an attorney and counselor-at-law in the State of New York, effective immediately.

ENTER:

Robert D. Mayberger
Clerk of the Court